JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ROBERT LEPOWSKY,<br><br>        Plaintiff,<br><br>  vs.<br><br>BANKERS LIFE AND CASUALTY COMPANY, and DOES 1 through 20, inclusive,<br><br>        Defendants. | No. 8:10-cv-01644-CJC(AJWx)<br><br>**[PROPOSED] ORDER DISMISSING THIS ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. **IT IS SO ORDERED**.

DATED: 4/11/11

_____
Honorable Cormac J. Carney
United States District Judge

1/2156402.1